UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

SEEMONA SUMASAR and CHIARA McDONALD,

                                          Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DETECTIVE JAMES CONLON; NEW YORK CITY
POLICE DETECTIVE MARISA VALLE; NASSAU
COUNTY; NASSAU COUNTY POLICE DETECTIVE LISA
CHARLES; NASSAU COUNTY POLICE DETECTIVE
DEBORAH CARTER BERSHAD; NASSAU COUNTY
POLICE DETECTIVE JOSEPH BRADY; NASSAU
COUNTY POLICE DETECTIVE ROBERT NILL; NASSAU
COUNTY POLICE OFFICER MICHAEL KNATZ; and
JOHN AND JANE DOES 1-10,,

                                          Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL OF COMPLAINT AS AGAINST DEFENDANTS CITY OF NEW YORK, JAMES COLON AND MARISA VALLE**

11-CV-5867 (ETB)

      **WHEREAS,** the plaintiff Seemona Sumasar and defendants City of New York, James Colon and Marisa Valle (herein "City defendants") have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **WHEREAS,** on 4/5/13 plaintiff Chiara McDonald voluntarily dismissed all claims against defendants City of New York, Detective Marisa Valle-Zarakas and Detective James Conlon (hereinafter "City Defendants") pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), with prejudice.

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

          1.     The above-referenced action is hereby dismissed with prejudice against City Defendants;

2. Dismissal of this action against City Defendants is not intended to have any effect on any other claim alleged in the Complaint, including Plaintiffs' claims against Nassau County or any of its current or former employees; and

3. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Neufeld Scheck & Brustin, LLP
*Attorneys for Plaintiffs*
99 Hudson Street, 8th Floor
New York, N.Y. 10013
212-965-9081

By: _____
Nick Joel Brustin, Esq.
*Attorney for Plaintiffs*

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
Valle-Zarakas and Conlon*
100 Church Street, Rm. 3-221
New York, New York 10007

By: _____
SUMIT SUD
Qiana C. Smith-Williams
Senior Counsels

SO ORDERED:

_____
HON. E. THOMAS BOLYE
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       April 5, 2013

2